FILED

10/06/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0431

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0431

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

HEATHER ARLETA CALLANTINE,

      Defendant and Appellant.

—————————————————————————————

ORDER

—————————————————————————————

Upon consideration of Appellant's MOTION FOR EXTENSION of time, no objections from the State, and good cause having been shown,

IT IS HEREBY ORDERED that Appellant is granted an extension of time until, and including, November 15, 2021 within which to prepare, file, and serve Appellant's opening brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 6 2021